IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John W. Wagner, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:12-cv-994 |
| | | JUDGE EDMUND A. SARGUS, JR. |
| Commissioner of Social Security, | : | Magistrate Judge Terence P. Kemp |
| Defendant. | : | |

### ORDER

The parties have jointly moved for remand, which is hereby GRANTED. (Doc. No. 22.) The Court enters judgment reversing the final decision of the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), and remands to the Commissioner for further administrative proceedings and a new decision. Upon receipt of this Order, the Appeals Council will vacate all of the findings by the administrative law judge and remand the matter to an administrative law judge for a new hearing and a new decision, with instruction to the administrative law judge to update the treatment records on Plaintiff's impairments; further evaluate Plaintiff's mental impairment of personality disorder, and specifically consider Dr. Sterne's April 2010 evaluation; further consider the Plaintiff's residual functional capacity; and obtain evidence from a vocational expert to determine the effect of the assessed limitations on the relevant occupational base.

**IT IS SO ORDERED.**

6-14-2013
Date

Edmund A. Sargus, Jr.
United States District Judge