AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

JOHN W. WAGNER,

                    Plaintiff,

                                        **JUDGMENT IN A CIVIL CASE**

v.

                                        **CASE NO.  C2-12-994**

**COMMISSIONER OF**                     **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**                    **MAGISTRATE JUDGE TERENCE P. KEMP**

                    Defendant.

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X̲     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

        **Pursuant to the ORDER filed June 14, 2013, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g),  for further administrative proceedings and a new decision.**

Date: June 14, 2013                     JOHN P. HEHMAN, CLERK

                                        /S/ Andy F. Quisumbing
                                        (By) Andy F. Quisumbing
                                         Courtroom Deputy Clerk