UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN W. WAGNER

 Plaintiff,

v.

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY,

 Defendant.

Case No. 2:12-cv-994
JUDGE EDMUND A. SARGUS, JR
Magistrate Judge Terence P. Kemp

### ORDER

This matter is before the Court on Plaintiff's Motion for Attorney Fees and Costs Under the Equal Access to Justice Act ("EAJA"), in which Plaintiff requests $5,903.45. (ECF No. 25.) In its response to that motion (ECF No. 26), Defendant indicates that it does not object to an award of Plaintiff's fees and costs. Consequently, the Court **GRANTS** Plaintiff's motion and awards Plaintiff the sum of $5,903.45. The award of attorney fees satisfies all of Plaintiff's claims for fees and expenses under 28 U.S.C. § 2412. If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

**IT IS SO ORDERED.**

8-5-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE